TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00560-CV

Robert H. Shields, Appellant

v.

State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 94-01036, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Because appellant has failed to file a brief, we will dismiss the appeal for want of
prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The Clerk of this Court filed the clerk's record in this cause on December 10, 1998,
and the reporter's record on May 3, 1999. Accordingly, appellant's brief was due on Wednesday,
June 2, 1999. See id. 38.6(a)(2). By letter dated July 1, 1999, this Court notified the parties that
the appeal was subject to dismissal for want of prosecution unless appellant tendered a motion for
extension of time reasonably explaining the failure to do so by July 12, 1999. Thus far, appellant
has submitted neither a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed for Want of Prosecution

Filed: July 29, 1999

Do Not Publish